Max D. Garner, ABA #9011096
Aaron D. Sperbeck, ABA #0511112
Birch Horton Bittner & Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: mgarner@bhb.com
asperbeck@bhb.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GERALD KAMEROFF,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEO GROUP INC.,<br><br>    Defendant. | Case No.: 3:12-cv-_____ |

## NOTICE OF REMOVAL

Defendant, by and through undersigned counsel of record, hereby gives notice to this Court of removal of the above-captioned action from the Superior Court for the State of Alaska, Fourth Judicial District at Bethel. The notice is based on the following:

1. Plaintiff Gerald Kameroff is a resident of Bethel, Alaska who has filed a civil action in the Superior Court for the State of Alaska against Defendant, The GEO Group, Inc. ("GEO"), in Case No. 4BE-12-00452 Civil (the "State Action").[1] GEO was

---

[1] A copy of the Complaint is attached hereto as Exhibit A.

KAMEROFF V. THE GEO GROUP INC.            CASE NO. 3:12-CV-_____
NOTICE OF REMOVAL                                                               PAGE 1 OF 3
F:\507012\2\00281765.DOCX

Case 3:12-cv-00225-HRH    Document 1    Filed 11/09/12    Page 1 of 3

served with Plaintiff's Complaint on October 18, 2012. The Complaint alleges that while incarcerated at and under the care of the Tundra Center in Bethel, Alaska, Plaintiff slipped and fell on an unmarked area of wet flooring which resulted in personal injury. The Complaint further alleges that GEO was negligent and failed to provide a slip resistant floor, provide warning signs or barricades, or use that degree of ordinary care necessary to avoid creating the aforementioned condition.[2]

2. GEO has yet to file a responsive pleading at this time, pending removal of this action to federal court.

3. GEO owns and operates hundreds of correctional facilities throughout the United States. The Tundra Center is one such correctional facility located in Bethel, Alaska. GEO is a Florida based corporation with its home offices and principal place of business located in Boca Raton, Florida. GEO has entered an appearance in this matter and will defend all allegations through undersigned counsel.

4. Plaintiff is represented by counsel, David Henderson. Plaintiff claims special and general money damages in excess of $100,000, exclusive of interest and costs.

5. Plaintiff is a citizen of Alaska and GEO is a citizen of Florida for purposes of 28 U.S.C. § 1332(c)(1). The amount of damages claimed by Plaintiff exceeds the $75,000 jurisdictional threshold established by 28 U.S.C. § 1332(a). GEO is removing the case within 30 days of the Complaint being served consistent with 28 U.S.C. § 1446(b). Defendant is accordingly entitled to removal under 28 U.S.C. § 1441.

---

[2] See Exhibit A, p. 4-5.

KAMEROFF V. THE GEO GROUP INC.
NOTICE OF REMOVAL
F:\507012\2\00281765.DOCX
CASE NO. 3:12-CV-_____
PAGE 2 OF 3

Case 3:12-cv-00225-HRH   Document 1   Filed 11/09/12   Page 2 of 3

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

6. A Notice of Filing Removal of Civil Action, together with a copy of this Notice, has been filed in Bethel, Alaska, where the State Action is pending. A copy of the state court notice is attached hereto as Exhibit B.

DATED this 9th day of November, 2012.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Defendant

By: /s/ Max D. Garner
Max D. Garner, ABA #9011096
Aaron D. Sperbeck, ABA #0511112
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: mgarner@bhb.com
asperbeck@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of November, 2012, a true and correct copy of the foregoing was served via U.S. Mail and electronic mail, on the following:

Mr. David Henderson
Law Office of David Henderson
PO Box 2441
Bethel, Alaska 99559
dh@henderson-law.com

BIRCH HORTON BITTNER & CHEROT

By: /s/ Max D. Garner

KAMEROFF V. THE GEO GROUP INC.
NOTICE OF REMOVAL
F:\507012\2\00281765.DOCX
CASE NO. 3:12-CV-_____
PAGE 3 OF 3

Case 3:12-cv-00225-HRH   Document 1   Filed 11/09/12   Page 3 of 3