IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _BETHEL_

GERALD KAMEROFF

Plaintiff(s),

vs.

THE GEO GROUP INC.

Defendant(s).

CASE NO. _4BE-12-452_ CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: _The Geo Group Inc., Corporate Creations Network Inc._

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at (address): _POB 130, BETHEL, AK 99559_ within 20 days* after the day you receive this summons.

In addition, a copy of your answer must be sent to:
Plaintiff's attorney or plaintiff (if unrepresented): _DAVID HENDERSON_
Address: _LAW OFFICES OF DAVID HENDERSON_
_POB 2441, BETHEL, AK 99559_

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge _Ray_

(SEAL)

Date: _10/10/12_

CLERK OF COURT
By: _[signature]_
Deputy Clerk

*The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 (2/06)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

Gerald Kameroff, )
)
    Plaintiff )
)
vs. )
)
The Geo Group Inc., )
)
    Defendant )

Case No. 4BE-12-452 CIVIL

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Gerald Kameroff, through his attorney David Henderson, and for his action against the Defendant allege as follows:

1. Plaintiff is a resident of Bethel, Alaska, Fourth Judicial District State of Alaska.

2. The Geo Group Inc. is a corporation licensed in Alaska.

3. That the events which are the subject of this action occurred within the City of Bethel in the Fourth Judicial District, State of Alaska.

4. The Defendant operates the Tundra Center in Bethel, Alaska. At all times giving rise to this complaint, the plaintiff was a resident of the Tundra Center.

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924

Complaint for Damages
Gerald Kameroff vs. The Geo Group Inc.
4BE-12-452 CI

1

5. In November 28, 2011, the plaintiff was walking down the hall when he slipped on a wet floor, landing on his head and back.

6. There were no signs warning of the dangerous condition. At all times the Plaintiff was acting with due care, walking in a normal manner as expected under the conditions.

7. As a consequence of Kameroff's fall, he suffered severe injuries to his back.

COUNT I.  NEGLIGENCE

8. The allegations set forth above are incorporated herein as if set again in full.

9. The hallway floor was unsafe. The defendant knew or by using ordinary care should have known of this condition. Ordinary care is inclusive but not limited to:

    A: Providing a slip resistant floor;

    B: Provide Warning signs where slip and fall hazards exist on the floor.

10. The defendant failed to use ordinary care to (1) avoid creating the aforesaid condition, (2) remove the aforesaid condition once it was created, (3) to barricade it, and or (4) warn the Plaintiff of the dangerous condition.

11. Plaintiff has, to the extent required by law, mitigated his damages.

Complaint for Damages
Gerald Kameroff vs. The Geo Group Inc.
4BE-12-452 CI

2

12. Plaintiff is without fault in causing the incident complained of herein or any of the damages sought by this Complaint.

13. No individual or entity, not now identified in the caption of this Complaint, should be allocated a percentage of fault under AS 09.17.080 or otherwise.

14. These damages will be proved with specificity at trial but are greater than $100,000.00.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

    a. For special damages according to proof at trial but in excess of $100,000.

    b. For general damages according to proof at trial.

    c. For costs, interest, and attorney's fees.

    d. For such other and further relief as the Court deems appropriate under the circumstances.

DATED this 17th day of September, 2012, at Bethel, Alaska.

LAW OFFICES OF DAVID HENDERSON

By: _____
David Henderson #9806014

Complaint for Damages
Gerald Kameroff vs. The Geo Group Inc.
4BE-12-452-CI

3

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

Gerald Kameroff, )
)
       Plaintiff )
)
vs. )
)
The Geo Group Inc., )
)
       Defendant )

Case No. 4BE-12-452 CIVIL

## DEMAND FOR JURY TRIAL

Comes now Plaintiff Gerald Kameroff, by and through his attorney of record, David Henderson, and demands pursuant to Rule 38(b) of the Alaska Rules of Civil Procedure, that this matter be tried by jury.

DATED this 17th day of September, 2012, at Bethel, Alaska.

LAW OFFICES OF DAVID HENDERSON

By: _____
David Henderson   #9806014

Demand for Jury Trial and Entry of Appearance
Gerald Kameroff vs. The Geo Group Inc.
4BE-12-452-CI

1

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924

Gerald Kameroff, )
)
    Plaintiff )
)
vs. )
)
The Geo Group Inc., )
)
    Defendant )

Case No. 4BE-12-452 CIVIL

FILED IN TRIAL COURTS
FOURTH DISTRICT
AT BETHEL
2012 OCT 10 PM 7:41
CLERK TRIAL COURTS
BY _____ DEPUTY CLERK

## ENTRY OF APPEARANCE

David Henderson enters his appearance on behalf of Gerald Kameroff, and requests that copies of all pleadings and correspondence pertaining to this matter be directed to Box 2441, Bethel, AK 99559.

DATED this 17th day of September, 2012, at Bethel, Alaska.

LAW OFFICES OF DAVID HENDERSON

By: _____
    David Henderson #9806014

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (907) 543-7891
Fax: (907) 543-1924

Demand for Jury Trial and Entry of Appearance
Gerald Kameroff vs. The Geo Group Inc.
4BE-12-452-CI

2