Law Offices of David Henderson
P.O. Box 2441
Bethel, AK   99559
Phone:  907-543-7891
Fax:  907-543-1924


NOV 1 3 2012

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Gerald Kameroff ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case no. 3:12-cv-000225-HRH |
| ) | |
| The Geo Group Inc. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### Plaintiff's Voluntary Dismissal without Prejudice

### [F.R.C.P. 41(a)(1)(A)(i)]

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Gerald Kameroff voluntarily dismisses the above-captioned action without a court order and without prejudice.

DATED AT Bethel, Alaska, this 13th [20th] day of November, 2012.

LAW OFFICES OF DAVID HENDERSON
Attorney for Plaintiff Gerald Kameroff

John P. Cashion (#9806025)
for David Henderson   #9806014

---

CERTIFICATION OF SERVICE
I hereby certify that on 11/20/12, a copy of the following document was served by first class mail to:

~~Max Garner~~
Birth Horton Bittner & Cherot
1127 West 7th Avenue
Anchorage, AK  99501

John Cashion